■ TRAVELERS INSURANCE COMPANY et al., Appellants-Respondents, v CHICAGO BEARS FOOTBALL CLUB, INC., Doing Business as the CHICAGO BEARS, et al., Respondents-Appellants. [609 NYS2d 780] —Orders, Supreme Court, New York County (Peter Tom, J.), entered December 10, 1992 and October 12, 1993, respectively, unanimously affirmed for the reasons stated by Tom, J., with costs and disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Asch and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL GREEN, Appellant. [608 NYS2d 225] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered May 15, 1990, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of 6 to 18 years, unanimously affirmed.

We find that defendant's bargained for sentence was not excessive, and thus, there is no need for a remand to reconstruct the plea proceeding to determine whether defendant waived his right to appeal the sentence. Concur—Murphy, P. J., Kupferman, Asch, Williams and Tom, JJ.